Daniel SEGOVIANO, Petitioner–Appellant,

v.

William DUNCAN, Warden, Respondent–Appellee.

No. 01–56727.

D.C. No. CV–00–06145–LGB.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

MEMORANDUM**

California state prisoner Daniel Segoviano appeals pro se the district court's dismissal of his § 2254 petition, challenging his conviction for attempted murder. We have jurisdiction pursuant to 28 U.S.C. § 2253. Reviewing de novo, *Miles v. Prunty,* 187 F.3d 1104, 1105 (9th Cir.1999), we reverse and remand for further proceedings.

Segoviano contends, and the government concedes, that his § 2254 petition was improperly dismissed as time-barred in light of *Bunney v. Mitchell,* which was decided after the district court rendered its decision. *See Bunney v. Mitchell,* 262 F.3d 973, 974 (9th Cir.2001) (per curiam) (concluding that for statutory tolling purposes "a denial of a habeas petition within the California Supreme Court's original jurisdiction is not final for 30 days."). Accordingly, we reverse the district court's dismissal of Segoviano's petition as time-barred, and remand the petition to the district court.

**REVERSED AND REMANDED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.